# FROM THE DESK OF VEARNEAS W. FAGGETT, CSR
OFFICIAL COURT REPORTER
CRIMINAL DISTRICT COURT NO. 7
DALLAS COUNTY, TEXAS  75207
972-739-3906

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/10/2015 3:16:58 PM
LISA MATZ
Clerk

-------------------------------------------------------------------------------------------

August 10, 2015

Ms. Clara Saavedra
The Fifth District Court of Appeals
George Allen, Sr. Courts Building
600 Commerce Street, 2nd Floor
Dallas, Texas 75202-3400

RE:     HERSHELL STEWART  VS THE STATE OF TEXAS
        **COA NO. 05-15-00352-CR  -  TRIAL COURT NO. F12-57547-Y**

Dear Ms. Saavedra:

I, Vearneas W. Faggett, would like to request a 30-day extension from the Fifth District Court of Appeals in the above-stated cause.  I am the Official Court Reporter in Criminal District Court No. 7 of Dallas County, Texas.  I reported the stenographic notes of the proceedings in the aforementioned cause of action.

I would have been done by August 10, 2015 were it not for unforeseen software issues that came up and, as a result, I have not been able to work on transcripts as diligently as I would like and also with the daily commitments of trying to locate evidence and different things from the tenure of the last reporter, as well as other transcript commitments that were due prior to this one, I have been unable to finish the Reporter's Record in this case.

As a result of everything that has been going on, I'm asking prayerfully for 30 days extension or until September 11, 2015 to complete this transcript.

Your consideration in this matter is deeply appreciated.   This is my first request for an extension on this record.


Respectfully submitted,
/S/VEARNEAS W. FAGGETT, CSR 3129